**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LEOS, | ) NO. CV 12-3705-SVW(E) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS AND RECOMMENDATIONS |
| PAROLE BOARD, | ) OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered: (1) dismissing the <u>ex post facto</u> claim in the Petition without prejudice; and (2) dismissing the separation of powers claim in the Petition with prejudice.

///
///
///

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED: November 1, 2012.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE