**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH LEOS, | ) | NO. CV 12-3705-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) the ex post facto claim in the Petition is dismissed without prejudice; and (2) the separation of powers claim in the Petition is dismissed with prejudice.

DATED: November 1, 2012.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE